STATE OF NEW JERSEY, BY THE STATE HIGHWAY COM-
MISSIONER, PLAINTIFF-RESPONDENT, v. ANTHONY L.
PETTERS DINER, INC., DEFENDANT-PETITIONER.

*Messrs. Heuser & Heuser* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. David A. Biederman* for the
respondent.

September 17, 1968. Denied.

IN THE MATTER OF THE PROBATE OF THE ALLEGED
WILL OF FELICE BENEDUCE, DECEASED.

*Mr. Harold Gurevitz* and *Mr. Barry I. Markowitz* for the
petitioner.

*Messrs. Schenck, Price, Smith & King* for the respondent.

September 17, 1968. Denied.

K. V. HOLDING CO., PLAINTIFF-PETITIONER, v.
JACOB GREEN, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Bernard R. Lafer* for the petitioner.

*Messrs. Williams, Willette & Faccone* for the respondents.

September 17, 1968. Denied.